# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Patrick K Martinez

Debtor(s)

Case No. 16-30167

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/22/2016, and was converted to chapter 13 on 11/04/2016.

2) The plan was confirmed on 04/21/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/12/2017.

5) The case was dismissed on 12/22/2017.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,000.00 |
| Less amount refunded to debtor | $188.60 |
| **NET RECEIPTS:** | **$1,811.40** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $706.20 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $105.20 |
| Other | $1,000.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,811.40** |
| Attorney fees paid and disclosed by debtor: | $700.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICREDIT FINANCIAL DBA GM F | Unsecured | 16,054.00 | 16,054.83 | 16,054.83 | 0.00 | 0.00 |
| APOLLO CASUALTY CO ASO VICTOR | Unsecured | NA | 2,065.00 | 2,065.00 | 0.00 | 0.00 |
| APPROVED CREDIT SOLUTIONS | Unsecured | 634.50 | 635.40 | 635.40 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 637.79 | 637.79 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 393.00 | 843.28 | 843.28 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 1,430.00 | 399.70 | 399.70 | 0.00 | 0.00 |
| DIRECTV | Unsecured | 51.52 | 56.52 | 56.52 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 219.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 33,906.03 | 33,906.03 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 5,388.00 | 1,345.10 | 1,345.10 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 1,488.12 | 1,488.12 | 0.00 | 0.00 |
| ILLINOIS TOLL HIGHWAY AUTHORIT | Unsecured | 72.80 | NA | NA | 0.00 | 0.00 |
| EDWARD HEALTH VENTURES | Unsecured | 1,515.95 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 3,571.15 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 166.14 | NA | NA | 0.00 | 0.00 |
| ELMHURST RADIOLOGIST | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| ERC/DIRECTV | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BURI | Unsecured | 56.52 | NA | NA | 0.00 | 0.00 |
| FRONTLINE ASSET STRATEGIES | Unsecured | 104.20 | NA | NA | 0.00 | 0.00 |
| JOLIET OPEN MRI | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| JOLIET RADIOLOGICAL | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY AND PATHOLOGY DL | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CTR | Unsecured | 17.33 | NA | NA | 0.00 | 0.00 |
| MARY MONACO DO | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/EDWARD HEALTH | Unsecured | 629.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDSTATE COLLECTION SOLUTIONS | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ENDOSCOPY CTR | Unsecured | 201.29 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE/ST JOSEPH MEI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP LLC | Unsecured | 352.65 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 119.75 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT AND COLLECT | Unsecured | 41.50 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICINE | Unsecured | 2,143.52 | NA | NA | 0.00 | 0.00 |
| PHOTO ENFORCEMENT PROGRAM | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| RONALD J SCALETTA | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| SECRETARY OF STATE | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN GASTROENTEROLOGY | Unsecured | 346.28 | NA | NA | 0.00 | 0.00 |
| THE TICKET CLINIC INC | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| TOWN OF CICERO | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE FINANCIAL | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 2,517.98 | NA | NA | 0.00 | 0.00 |
| VEIN CLINICS OF AMERICA | Unsecured | 128.31 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MELROSE PARK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED PHYSICIANS PRATICES | Unsecured | 66.80 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL SYST | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT/SPRING GRE | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT AND AUDIT | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS PC | Unsecured | 697.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/JOLIET RADIOLOGICAL | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| BEDFORD PARK POLICE DEPT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CTR FOR NEUROLOGICAL DISEASES | Unsecured | 66.89 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 2,233.53 | NA | NA | 0.00 | 0.00 |
| CLERK 18TH JUDICIAL CIRCUIT COU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CLERK OF THE CIRCUIT COURT WIL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $33,906.03 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$33,906.03** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,525.74** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,811.40 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$1,811.40** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/02/2018                              By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**